UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY | CIVIL ACTION No. 3:19 cv 01977 (VLB) |
| VS. | |
| ST. GEORGE GREEK ORTHODOX CHURCH OF NORWALK, CONNECTICUT, INC. | MARCH 6, 2020 |

### **MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the plaintiff Brotherhood Mutual Insurance Company respectfully moves to dismiss the Third Counterclaim contained in the defendant's 2/4/2020 Answer to Complaint and Counterclaim [Doc. 12], for the reason that this Third Counterclaim fails to state a claim upon which relief may be granted. More specifically, although the Third Counterclaim relies upon claims of unfair settlement practices in violation of the Connecticut Unfair Insurance Practices Act to support an action under the Connecticut Unfair Trade Practices Act, the Third Counterclaim fails to allege facts establishing that any wrongful conduct alleged was committed or performed "with such frequency as to indicate a general business practice", as is required to sustain such a claim. The Third Counterclaim is therefore legally insufficient and must be dismissed.

WHEREFORE, the plaintiff Brotherhood Mutual Insurance Company respectfully requests that this Motion to Dismiss be granted.

THE PLAINTIFF/COUNTERCLAIM
DEFENDANT
BROTHERHOOD MUTUAL
INSURANCE COMPANY


By: __/S/ Jack G. Steigelfest_____
Jack G. Steigelfest
Fed Bar No. ct 05733
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101
(860) 247-4201
jgs@hksflaw.com



CERTIFICATE OF SERVICE

I hereby that on March 6, 2020, a copy of foregoing **Motion to Dismiss** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing the court's CM/ECF System.


By_/S/  Jack G. Steigelfest_